Date of Arrest: **10/19**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Daniel WILMAR-Flores <br> AKA: None Known <br> 095758998 <br> YOB: 1985 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. 16-1839MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 19, 2016 Defendant Daniel WILMAR-Flores, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Eagle Pass Intl Bridge, on or about June 11, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signatures]*
ASA John Ballos
USBP

Signature of Complainant
Samuel Horrocks
Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date: October 21, 2016    at   Yuma, Arizona
                                City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Daniel WILMAR-Flores
AKA: None Known
095758998

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 19, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near San Ysidro, California on or about January 12, 2012. The Defendant was most recently removed on or about June 11, 2016, through the port of Eagle Pass Intl Bridge, subsequent to a conviction in an United States District Court, District of Arizona on or about April 1, 2013, for the crime of Illegal Re-Entry, a felony.

Agents determined that on or about October 19, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____October 21, 2016_____
Date

_____
Signature of Judicial Officer

-2-